**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION**

| | | |
|---|---|---|
| **TRAVIS AINSWORTH** | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. _____ |
| | § | |
| **LOWE'S HOME CENTERS, LLC** | § | |
| Defendant. | § | |

## PLAINTIFF'S ORIGINAL COMPLAINT

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

COMES NOW, **TRAVIS AINSWORTH**, hereinafter referred to as Plaintiff, in the above styled and numbered cause of action complaining of and against, LOWE'S HOME CENTERS, LLC, hereinafter referred to as Defendant. For good and sufficient cause of action, Plaintiff would respectfully show unto this Honorable Court the following:

### I. PARTIES

1. Plaintiff Travis Ainsworth is an individual citizen of Lufkin, Angelina County, Texas.

2. Defendant LOWE'S HOME CENTERS, LLC is a foreign limited liability company with its principal place of business in North Carolina and doing business in Texas. Defendant Lowe's Home Centers, LLC may be served by serving its registered agent, Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company, 211 E 7th Street, Suite 620, Austin, Texas 78701-3218.

### II. JURISDICTION AND VENUE

3. The Court has jurisdiction over the lawsuit under 28 U.S.C. §1332(a)(1) by reason of diversity of citizenship and damages exceeding $75,000.00.

4. Venue is proper in the Eastern District of Texas pursuant to 28 U.S.C. § 1391(b)(1) because all or a substantial part of the events or omissions giving rise to the claim occurred in the Eastern District of Texas.

### III. FACTUAL ALLEGATIONS

5. On or about July 26, 2015, Plaintiff purchased a Troy-Bilt Pony 15.5 horsepower mower from Defendant Lowe's Home Centers, LLC Store #1772 at its store located in Nacogdoches, Texas ("Lowe's") with the serial number 1E075B40426 ("the mower"). Plaintiff was given a new-machine Warranty when he purchased the mower. On or about April 19, 2018, Plaintiff was operating the mower on a tract of property located on Blackburn Switch Road in Angelina County, Texas.  Plaintiff was driving the mower around a tree and was struck in the head by a low-hanging branch. Plaintiff was thrown from the right side of the mower landing on the lawn when his right leg was then run over by the deck and the right-rear tire of the mower. The spinning blade caused severe injury and extensive lacerations to his leg. The mower continued running, with the blade turning, until it came to a stop at a fence at the edge of Plaintiff's property.

6. At the time of this incident, the operator presence sensor ("OPS") was not functioning due to the missing extension spring. This allowed the blades to continue rotating when Plaintiff was knocked off of the mower. Defendant failed to perform proper servicing and testing of the mower prior to its release for resale.

### IV. CONDITIONS PRECEDENT

7. All conditions precedents have been performed or have occurred.

### V. CAUSES OF ACTION

8. Plaintiff does hereby sue for actual damages under all theories of consumer law, breach of express warranties, and breach of implied warranties, for injuries caused by theories of

product liability including, but not limited to, the breach of the implied warranty of fitness of product. Further, Plaintiff sues under the Texas Deceptive Trade Practice Statute, because the mower sold by Defendant to Plaintiff was not reasonably safe for its intended usage and violated the warranties, both express and implied, contained in the sales agreement.

9. The required notice under the Texas Deceptive Trade Practice Statute has been given to Defendant.

10. Plaintiff sues under theories of negligence and gross negligence for actual damages and punitive damages by reason of the injuries inflicted on Plaintiff by the defective mower purchased from the Defendant. The Defendant sold him an unsafe mower, and that mower proximately caused injuries to Plaintiff.

## VI. DAMAGES

11. When the mower ran over Plaintiff, he suffered serious injuries to his leg, as the mower ripped deep into same requiring extensive surgery. Plaintiff has a permanent injury to his leg and has suffered a permanent physical impairment. The Plaintiff has also suffered mental anguish as well as physical pain and suffering. Plaintiff has encountered substantial medical bills, all of which have been provided to the Defendant, and all proximately resulting and/or produced by the defective mower. Plaintiff's damages are in excess of $75,000.00, to meet the jurisdictional requirements of this Court.

12. Plaintiff sues for all damages that he may reasonably establish by a preponderance of the evidence under Texas law. Plaintiff also sues for treble damages under the Texas Deceptive Trade Practice Statute and for his reasonable attorney's fees.

## VII. JURY DEMAND

13. Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff demands a trial by jury.

## **PRAYER**

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that Defendant be cited to appear and answer herein, and, after due process of law, Plaintiff have judgment against Defendant in actual damages, jointly and collectively, individually and severally, together with affirmative relief, treble damages, punitive damages, other enhanced damages, pre-judgment interest, post-judgment interest, attorney's fees, expert fees, costs of suit, and such other and further relief, both general and special, in law and in equity, to which Plaintiff may be justly entitled.

Respectfully submitted,

CHANDLER, MATHIS & ZIVLEY, P.C.

By: */s/ George Chandler*
George Chandler
State Bar No. 04094000
P.O. Box 340
Lufkin, Texas 75902-0340
936-632-7778 – Phone
936-632-1304 – Fax
gchandler@cmzlaw.com

ATTORNEYS FOR PLAINTIFFS