**\*\*NOT FOR PRINTED PUBLICATION\*\***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| TRAVIS AINSWORTH | § | CASE NO. 9:19-CV-124 |
| | § | |
| v. | § | JUDGE RON CLARK |
| | § | |
| LOWE'S HOME CENTERS, LLC, | § | |
| and ALTAQUIP LLC | § | |
| | § | |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the parties' Joint Stipulation of Dismissal. (Doc. #32). The parties seek a dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). The Court is of the opinion that it should grant this motion.

It is therefore ORDERED that the parties' Joint Stipulation of Dismissal (Doc. #32) is GRANTED.

It is FURTHER ORDERED that Plaintiff's claims against Defendant Lowe's Home Centers, LLC and Defendant Altaquip LLC are DISMISSED WITH PREJUDICE, and that Plaintiff is barred from re-filing any claims and/or causes of action against Defendants at a later date.

It is FURTHER ORDERED that Altaquip, LLC's claims against CAREY SARTIN d/b/a SARTIN'S POWERHOUSE ("Sartin's") are DISMISSED WITH PREJUDICE, and that Altaquip is barred from bringing any claims and/or causes of action against Sartin's at a later date.

Accordingly, all remaining deadlines, trial settings, and pending motions are TERMINATED. This case is CLOSED, and this constitutes a final judgment for appeal purposes.

**So Ordered and Signed**
**Apr 24, 2021**

_____
Ron Clark
Senior Judge